E-FILED
Thursday, 07 January, 2010 10:59:35 AM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**JAWANZA HARRIS**
**Petitioner**

      vs.        Case Number: **08-2306**

**AUSTIN RANDOLPH,**
**Respondent**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is denied. Case is terminated.

ENTER this 7th day of January 2010.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY: DEPUTY CLERK